**15212** UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JAN 15 2008
at 4 o'clock and 35 min. P.M.
SUE BEITIA, CLERK

| | |
|---|---|
| JANIE DITTO, <br><br>Plaintiff - Appellant, <br><br>v. <br><br>JOHN A. MCCURDY, JR., M.D., <br><br>Defendant - Appellee, <br><br>and <br><br>PAUL S. SAKUDA, Trustee, <br><br>Trustee. | No. 02-16252 <br>D.C. No. CV-01-00602-HG -LEK <br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/14/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 17 2008

by