INTERNAL USE ONLY: Proceedings include all events.
02-16252 Ditto v. McCurdy

| | |
|---|---|
| JANIE DITTO<br>    Plaintiff - Appellant | David C. Schutter, Esq.<br>808/524-4600<br>300 Ocean View Ctr<br>[COR LD NTC ret]<br>DAVID C. SCHUTTER & ASSOCIATES<br>707 Richards Street<br>Honolulu, HI 96813<br><br>Christopher Dias<br>808/524-4600<br>Suite 810<br>[COR LD NTC ret]<br>SCHUTTER DIAS SMITH & WONG<br>810 Richards St.<br>Honolulu, HI 96813 |
| v. | |
| JOHN A. MCCURDY, JR., M.D.<br>    Defendant - Appellee | Richard H. Grover, Esq.<br>808/926-6699<br>Suite 809<br>[COR LD NTC ret]<br>134 Kapahulu Ave.<br>Honolulu, HI 96815 |
| PAUL S. SAKUDA, Trustee<br>    Trustee | T. Irving Chang, Esq.<br>[ret]<br>1250 Central Pacific Plaza<br>2200 South King Street<br>Honolulu, HI 96813 |