UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

PRESORTED FIRST CLASS

$ 01.93

MAILED FROM ZIP CODE



T. IRVING CHANG
220 S KING ST STE 1250
HONOLULU, HI 96813-4542

CV 01-00602 HG

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 18 2008
DISTRICT OF HAWAII

cc: HG MF REK WN

2
06

15212UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 15 2008
at 4 o'clock and 35 min. P M.
SUE BEITIA, CLERK

JANIE DITTO,

Plaintiff - Appellant,

v.

JOHN A. MCCURDY, JR., M.D.,

Defendant - Appellee,

and

PAUL S. SAKUDA, Trustee,

Trustee.

No. 02-16252
D.C. No. CV-01-00602-HG -LEK

**JUDGMENT**

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/14/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 17 2008
by