UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED



SHARON I. SHANLEY
WAGNER WATSON & PETTIT
GROSVENOR CENTER MAUKA TOWER
737 BISHOP ST STE 2480
SUITE 2480
HONOLULU, HI 96813

CV 01-00602 HG

**RECEIVED**
CLERK U.S. DISTRICT COURT
JAN 18 2008
DISTRICT OF HAWAII

cc: HG REW
    MF    WN

2
06
15212 UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 15 2008

at 4 o'clock and 35 min. P M.
SUE BEITIA, CLERK

JANIE DITTO,

    Plaintiff - Appellant,

v.

JOHN A. MCCURDY, JR., M.D.,

    Defendant - Appellee,

and

PAUL S. SAKUDA, Trustee,

    Trustee.

No. 02-16252
D.C. No. CV-01-00602-HG -LEK

**JUDGMENT**

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/14/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 17 2008

by [signature]