# District Court Record Return Form
## U.S. Court of Appeals For the Ninth Circuit

| | |
|---|---|
| FROM:<br>*Chambers of* Judge:<br>Address: | Judge Milan D. Smith, Jr.<br>222 N. Sepulveda Blvd., Suite 2325<br>El Segundo, CA 90245 |
| TO:<br>**CLERK OF COURT**<br>Address: | United States District Court<br>**U.S. District Court**<br>300 Ala Moana Blvd., Room C-338<br>Honolulu, HA 96850-0001<br>808-541-1178 |
| DATE: | January 24, 2008 |
| Lower Court No: Agency/CV/CR | CV 01-00602HG |
| 9th Circ. Appeal No: | 02-16252 |
| Short Title: | Ditto v. McCurdy |
| Total Volumes: | |

| | | | |
|---|---|---|---|
| | Clerk Files:   5 | Transcripts: | |
| | Sealed Env | Expando Files: | |
| | Lodged Docs: | | |
| Other: | | | |

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 29 2008
DISTRICT OF HAWAII

**Note:** The following items are missing. A search has been placed, and all missing items will be returned as soon as they are located:
_____
_____

Please make two copies:
   Copy 1: District Court
   Copy 2: File copy

*Please be sure to send an e-mail message to CA09Records.

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: October 2, 2007

© COPY

To: JUDGE MILAN D. SMITH JR.
United States Court of Appeals
20t5 Richard H. Chambers Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1621

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No: CV 01-00602HG        Appeal No: 02-16252

Short Title: Ditto vs. McCurdy

| | | |
|---|---|---|
| Clerk's Files in | 5 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes ( ) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _Christine Moseve_     Date: 10/3/07

RECEIVED
OCT 03 2007
CHAMBERS OF
HON. MILAN D. SMITH, JR.